**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Robert Gonzalez                                 Case No: 18-12562-LMI
       Yuliet Moreno

                                                       Chapter 13

_____Debtor(s)_____/


**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

   ☒ The debtor has filed an objection to the proof of claim filed by _Wells Fargo Bank, N.A. #1_.

   ☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐ Other: _____
   _____
   _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on _March 8, 2019_.

                              Submitted by:
                              **ROBERT SANCHEZ, P.A.**
                              Attorney for Debtor
                              355 W 49th Street
                              Hialeah, FL 33013
                              Tel. (305) 687-8008

                              By:_/s/Robert Sanchez_____
                               Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)